RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICHARD F. BOULWARE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorney for ANDREW SWAN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:11-cr-00120-RLH-CWH |
|---|---|
| Plaintiff, | |
| vs. | MOTION TO EXTEND TIME BY TWO DAYS TO FILE RESPONSE TO GOVERNMENT IN LIMINE MOTION |
| ANDERSON et al., | |
| Defendants. | |

COMES NOW, the defendant, ANDREW SWAN, by and through his counsel of record, Richard F. Boulware, Assistant Federal Public Defender, and hereby moves this Court for an order to allow defense counsel, who is in trial, two additional days to file his response to the government's motion in limine filed on October 5, 2012.

DATED this 22nd day of October, 2012.

                                        RENE L. VALLADARES
                                      Federal Public Defender

                                      /s/ Richard F. Boulware
                                  By_____
                                      RICHARD F. BOULWARE,
                                      Assistant Federal Public Defender

**I. Discussion**

The government has filed an in limine motion in this case as to the issue of whether the defense should be permitted to argue bank negligence or loose lending practices as a defense in this case. The response to this motion was automatically scheduled to be due on October 22, 2012 – today. Defense counsel is currently in trial before the Honorable Philip Pro. Defense counsel would therefore request two additional days to be able to file a response to the government's motion.

The defense requested a stipulation from the government but the government refused to agree. Defense counsel is therefore filing this motion. There is and can be no prejudice to the government for such a short extension. Defense counsel thus requests two additional days to file a response to the government's motion in limine filed on October 5, 2012.

DATED this 22nd day of October, 2012.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

/s/ Richard F. Boulware

By_____
RICHARD F. BOULWARE,
Assistant Federal Public Defender
Counsel for Andrew Swan

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED: October 23, 2012**

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Law Offices of theFederal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on October 22, 2012, he served an electronic copy of the above and foregoing MOTION TO EXTEND TIME BY TWO DAYS TO FILE RESPONSE TO GOVERNMENT IN LIMINE MOTION by electronic service (ECF) to the person named below:

DANIEL G. BODGEN
United States Attorney

SARAH GRISWOLD
Assistant United States Attorney
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, Nevada 89101

James Hartsell, Esq.
Counsel for George Anderson
Law Office of James Hartsell
720 4th Street, Suite 100
Las Vegas, NV 89101

/s/ Richard F. Boulware
Employee of the Federal Public Defender