**LAW OFFICES OF JOSEPH SHEMARIA**
**JOSEPH SHEMARIA, Esq., State Bar No. 47311**
**1801 Century Park East, Suite 2400**
**Los Angeles, California 90067**
**Telephone: (310) 278-2660**
**Email: lalawyr1@gmail.com**
**Attorney for Defendant,**
**ANDREW SWAN**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-00120-RLH-CWH |
| Plaintiff, | |
| v. | ORDER CONTINUING SENTENCING HEARING DATE FOR DEFENDANT ANDREW SWAN |
| ANDREW SWAN, | |
| Defendant. | |

GOOD CAUSE APPEARING THEREFOR,

Defendant's EX PARTE APPLICATION to Continue the Sentencing Hearing from April 29, 2013 to June 10, 2013 at ~~10:00 AM~~ **9:00 a.m.**, is HEREBY GRANTED.

Dated: April 18th, 2013

_____
HONORABLE ROGER L. HUNT,
UNITED STATES DISTRICT JUDGE

United States of America v. Andrew Swan
[PROPOSED] ORDER Continuing Sentencing Date.
Case No. 11--cr-00120-RLH-CWH-2