FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 1 0 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW SWAN,

    Defendant.

2:11-CR-120-RLH-(CWH)

## ORDER OF FORFEITURE

This Court found on January 24, 2013, that ANDREW SWAN shall pay a criminal forfeiture money judgment of $532,335.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 89; Plea Agreement, ECF No. 94; Preliminary Order of Forfeiture, ECF No. 100.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ANDREW SWAN a criminal forfeiture money judgment in the amount of $532,335.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this __10__ day of __June__, 2013.

_____
UNITED STATES DISTRICT JUDGE